Date: 02/25/11

## DIVIDENDS REMITTED TO THE COURT
Check Number 2026 Dated 02/25/11
Case Number 09-31562 - ULRICH, JON LEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| WORLDS FOREMOST BANK<br>PO BOX 82609<br>LINCOLN NE 68501-2609<br>0312 | 000010 | 360.05 | 2.79 |
| DEITERING BROS. INC.<br>1109 360TH ST.<br>PO BOX 47<br>BANCROFT IA 50517 | 000015 | 597.32 | 4.63 |
| Remittance Total | | 957.37 | 7.42 |

*(signature)*

MICHAEL J. IANNACONE, Trustee

RECEIVED 11 FEB 28 AM 11:30 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURTI

Printed: 02/25/11 10:57 AM   Ver: 16.01c